IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMISI JERMAINE CALLOWAY,

      Plaintiff,                      No. CIV S-09-2907 EFB P

      vs.

M. VEAL, et al.,

      Defendants.             <u>ORDER</u>

_____/

      Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations. *See* 42 U.S.C. § 1983.  He has submitted an affidavit requesting leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1).  Plaintiff's declaration makes the showing required by 28 U.S.C. § 1915(a)(1) and (2).  Accordingly, by separate order, the court directs the agency having custody of plaintiff to collect and forward the appropriate monthly payments for the filing fee as set forth in 28 U.S.C. § 1915(b)(1) and (2).

      Accordingly, it is hereby ORDERED that:

      1.  Plaintiff's request to proceed *in forma pauperis* is granted.

      2.  Plaintiff must pay the statutory filing fee of $350 for this action.  All payments shall be collected and paid in accordance with the notice to the Director of the California Department of Corrections and Rehabilitation filed concurrently herewith.

1

3. Plaintiff's November 30, 2009 request for an extension of time is denied as unnecessary. The court will, in due course, screen plaintiff's complaint pursuant to 28 U.S.C. § 1915A.

Dated: December 4, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE