IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMISI JERMAINE CALLOWAY,

    Plaintiff,                      No. CIV S-09-2907 GEB EFB P

vs.

M. VEAL, et al.,

    Defendants.              <u>ORDER</u>

                              /

Defendants VEAL and ANDREASEN seek an order from the Court, pursuant to Federal Rule of Civil Procedure 30(b)(4), to permit defendants' counsel to conduct the deposition of plaintiff JAMISI JERMAINE CALLOWAY (P-97743) via video conference.

Good cause appearing, IT IS HEREBY ORDERED THAT:

1. Defendants' request to conduct plaintiff's deposition via video conference is GRANTED.

2. Nothing in this Order shall be interpreted as requiring any penal institution to obtain videoconferencing equipment if it is not already available.

Dated: October 5, 2011.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE