IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMISI JERMAINE CALLOWAY,

    Plaintiff,                    No. 2:09-cv-2907 GEB EFB P

    vs.

M. VEAL, et al.,

    Defendants.             ORDER

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On December 4, 2012, the undersigned recommended that defendants' motion for summary judgment be granted and provided the parties with fourteen days to file any objections. On January 15, 2013, long after those fourteen days had passed, plaintiff requested a 60-day extension of time to file objections.

      The court will grant plaintiff a 30-day extension of time, as plaintiff was previously provided with the opportunity to brief the merits of defendants' motion, and has had ample time to research the relevant legal issues. The court is not inclined to grant additional requests for extensions of time.

////

////

1

Accordingly, it is ORDERED that plaintiff's request (Dckt. No. 58) is granted to the extent that plaintiff has 30 days from the date this order is served to file any objections.

Dated: January 22, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE