# UNITED STATES DISTRICT COURT

Eastern **District of** California

Jamisi Jermaine Calloway
        Plaintiff (s),

V.

M. Veal, et al.
        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:09-cv-02907-GEB

Notice is hereby given that, subject to approval by the court, __Defendant R. Andreasen__ substitutes
(Party (s) Name)

__Michelle Des Jardins__, State Bar No. __168079__ as counsel of record in place
(Name of New Attorney)

place of __Martha Macon Stringer and Leslie R. Wagley, Williams & Associates__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: California Office of the Attorney General
    Address: 110 West A Street, Suite 1100, San Diego, CA 92101
    Telephone: 619-645-2295      Facsimile 619-645-2581
    E-Mail (Optional): michelle.desjardins@doj.ca.gov

I consent to the above substitution.

Date: 6/26/14

Alicia Terry, Administrator of Estate of Andreasen

/s/Alicia Terry
(Signature of Party (s))

I consent to being substituted.

Date:

signature on original

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 6/12/14

/s/Michelle Des Jardins
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: July 8, 2014

[signature]
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**