# UNITED STATES DISTRICT COURT

Eastern **District of** California

| | |
|---|---|
| Jamisi Jermaine Calloway<br>Plaintiff (s),<br>V.<br>M. Veal, et al.<br>Defendant (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>**CASE NUMBER:** 2:09-cv-02907-GEB |

Notice is hereby given that, subject to approval by the court, __Defendant M. Veal__ substitutes
(Party (s) Name)

__Michelle Des Jardins__, State Bar No. __168079__ as counsel of record in
(Name of New Attorney)

place of __Martha Macon Stringer and Leslie R. Wagley, Williams & Associates__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

  Firm Name:       California Office of the Attorney General
  Address:         110 West A Street, Suite 1100, San Diego, CA 92101
  Telephone:       619-645-2295             Facsimile  619-645-2581
  E-Mail (Optional): michelle.desjardins@doj.ca.gov

I consent to the above substitution.                                      M. Veal

Date: 6/6/14                                                              /s/M. Veal
                                                                          (Signature of Party (s))

I consent to being substituted.

Date:                                                                     signature on original
                                                                          (Signature of Former Attorney (s))

I consent to the above substitution.

Date: 6/12/14                                                             /s/Michelle Des Jardins
                                                                          (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: July 8, 2014                                                        [signature]
                                                                          Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**