1  VICTOR JIH, State Bar No. 186515
   vjih@omm.com
2  ALICIA HANCOCK, State Bar No. 240566
   ahancock@omm.com
3  ASHLEY PEARSON, State Bar No. 281223
   apearson@omm.com
4  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars
5  Los Angeles, California 90067-6035
   Telephone: (310) 553-6700
6  Facsimile: (310) 246-6779

7  *Attorneys for Plaintiff*
   *Jamisi Jermaine Calloway*
8

9  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
10 RENE L. LUCARIC, State Bar No. 180005
   Supervising Deputy Attorney General
11 MICHELLE DESJARDINS, State Bar No. 168079
   Supervising Deputy Attorney General
12 110 West A Street, Suite 1100
   San Diego, CA 92101
13 5 P.O. Box 85266
   San Diego, CA 92186-5266
14 Telephone: (619) 645-2295
   Fax:       (619) 645-2581
15 E-mail:    Michelle.DesJardins@doj.ca.gov

16 *Attorneys for Defendants*
   *M. Veal and Alicia Terry, Administrator of the Estate*
17 *of Raymond Andreasen, M.D.*

18                    UNITED STATES DISTRICT COURT

19                    EASTERN DISTRICT OF CALIFORNIA

20 | JAMISI JERMAINE CALLOWAY,          | Case No. No. 2:09-cv-2907-GEB-EFB P
21 |        Plaintiff,                   | STIPULATION AND [PROPOSED]
   |                                     | ORDER FOR SUBSTITUTION OF
22 |    v.                               | PARTY PURSUANT TO FED. R. CIV.
   |                                     | P. 25(A)
23 | M. VEAL, et al.,                    |
24 |        Defendant.                   |
25

26   This Stipulation is entered into by and between Plaintiff Jamisi Jermaine Calloway,

27 Defendant M. Veal, and Alicia Terry, administrator of the Estate of deceased Defendant

28 Raymond Andreasen, MD.

                                                   STIPULATION AND [PROPOSED] ORDER
                                                          FOR SUBSTITUTION OF PARTY
                                                     PURSUANT TO FED. R. CIV. P. 25(A)

1  WHEREAS Mr. Calloway filed the First Amended Complaint in the above-captioned matter, naming M. Veal and Raymond Andreasen, MD (and others) as Defendants on November 18, 2010;

WHEREAS Dr. Andreasen died on March 6, 2014;

WHEREAS Alicia Terry is the administrator of Dr. Andreasen's Estate;

WHEREAS Ms. Terry consented to Michelle Des Jardins' substitution as attorney for Dr. Andreasen's Estate in the above-captioned matter on June 26, 2014;

WHEREAS Defendants, through counsel, notified Mr. Calloway of the death of Dr. Andreasen pursuant to Federal Rule of Civil Procedure 25 on July 2, 2014;

WHEREAS counsel for Plaintiff and Defendants conferred regarding the substitution of Ms. Terry, administrator of Dr. Andreasen's Estate, for Dr. Andreasen as a Defendant in the above-captioned matter on July 30, 2014;

**It is hereby STIPULATED and AGREED that:**

Pursuant to Federal Rule of Civil Procedure 25(a), Alicia Terry, as administrator of the Estate of Raymond Andreasen, MD, is substituted for Dr. Andreasen as a Defendant in the above-captioned matter.

Dated: August 5, 2014

MICHELLE DES JARDINS

By: /s/ Michelle Des Jardins
Michelle Des Jardins
Supervising Deputy Attorney General

*Attorneys for Defendants*
*M. Veal and Alicia Terry, Administrator of*
*the Estate of Raymond Andreasen, M.D.*

VICTOR JIH
ALICIA HANCOCK
ASHLEY PEARSON
O'MELVENY & MYERS LLP

By: /s/ Alicia Hancock
Alicia Hancock

*Attorneys for Plaintiff*
*Jamisi Jermaine Calloway*

IT IS SO ORDERED.

Dated: August 7, 2014

/s/ Edmund F. Brennan
The Honorable Edmund F. Brennan
United States Magistrate Judge