1  VICTOR JIH, State Bar No. 186515
      vjih@omm.com
2  ALICIA HANCOCK, State Bar No. 240566
      ahancock@omm.com
3  ASHLEY PEARSON, State Bar No. 281223
      apearson@omm.com
4  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars
5  Los Angeles, California  90067-6035
   Telephone:  (310) 553-6700
6  Facsimile:  (310) 246-6779

7  *Attorneys for Plaintiff*
   *Jamisi Jermaine Calloway*
8

9  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
10 RENE L. LUCARIC, State Bar No. 180005
   Supervising Deputy Attorney General
11 MICHELLE DESJARDINS, State Bar No. 168079
   Supervising Deputy Attorney General
12 110 West A Street, Suite 1100
   San Diego, CA 92101
13 5 P.O. Box 85266
   San Diego, CA 92186-5266
14 Telephone: (619) 645-2295
   Fax:          (619) 645-2581
15 E-mail:      Michelle.DesJardins@doj.ca.gov

16 *Attorneys for Defendants*
   *M. Veal and Alicia Terry, Administrator of the Estate*
17 *of Raymond Andreasen, M.D.*

18

19                    **UNITED STATES DISTRICT COURT**

20                    **EASTERN DISTRICT OF CALIFORNIA**

21

| | |
|---|---|
| 22  JAMISI JERMAINE CALLOWAY, | Case No. No.  2:09-cv-2907-GEB-EFB P |
| 23              Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFF'S PREVIOUSLY SERVED WRITTEN DISCOVERY** |
| 24      v. | |
| 25  M. VEAL, et al., | |
| 26              Defendants. | |

27

28

1      This Stipulation is entered into by and between Plaintiff Jamisi Jermaine Calloway,
2 Defendant M. Veal, and Defendant Alicia Terry, administrator of the Estate of deceased
3 Defendant Raymond Andreasen, MD[1].

4      **WHEREAS** on September 13, 2011, Plaintiff Jamisi Jermaine Calloway served on
5 Defendants Veal and Andreasen Requests for Admission, Requests for Production, and
6 Interrogatories in the above-captioned matter (the "written discovery requests");

7      **WHEREAS** Defendants Veal and Andreasen objected to Plaintiff Calloway's written
8 discovery requests on October 13, 2011 on the basis of, *inter alia*, their inability to decipher the
9 particular defendant to which certain requests were directed and the type of discovery sought by
10 certain requests; and

11      **WHEREAS** on July 30, 2014 the Court ordered Defendants to respond to Plaintiff
12 Calloway's written discovery requests;

13      **It is hereby STIPULATED and AGREED that:**

14      1.    Plaintiff Calloway shall be permitted to revise the written discovery requests
15 served on September 13, 2011, to clarify the information requested and the party to whom the
16 requests are directed;

17      2.    Requests previously implicating Defendant Andreasen shall be redirected, as
18 applicable, to Defendant Veal or Defendant Terry, administrator of the Estate of deceased
19 Defendant Raymond Andreasen, MD;

20      3.    The revised written discovery requests shall supersede the written discovery
21 requests served on September 13, 2011 and, as such, (a) Defendants need only respond to the
22 revised written discovery requests; and (b) the written discovery requests served on September
23 13, 2011 shall not be counted against any quantitative or other applicable limit on Plaintiff
24 Calloway's written discovery;

25      4.    Such revised written discovery requests shall be served on the Defendants no later

---

[1] On August 5, 2014, the parties filed a Stipulation and [Proposed] Order for Substitution of Party Pursuant to Fed. R. Civ. P. 25(A), substituting Alicia Terry, as administrator for the Estate of Raymond Andreasen, MD, for Dr. Andreasen as a defendant in the above-captioned matter. *See* ECF No. 80.

1 | than August 22, 2014;

2 |     5.    Within 30 days of service of the revised written discovery requests, Defendants shall respond to the revised written discovery requests;

4 |     6.    Any motion to compel with regard to Defendants' responses to the revised written discovery requests shall be filed within 30 days of the service of those responses;

6 |     7.    Revision of the written discovery requests shall in no way operate as an admission that the written discovery requests Plaintiff Calloway served on September 13, 2011 were in any way deficient or improper; and

9 |     8.    Revision of the written discovery requests shall in no way operate as a waiver of Plaintiff Calloway's right or ability to seek additional discovery pursuant to the Court's July 30, 2014 Order.

Dated:  August 7, 2014

| MICHELLE DES JARDINS | VICTOR JIH |
| --- | --- |
| | ALICIA HANCOCK |
| | ASHLEY PEARSON |
| | O'MELVENY & MYERS LLP |
| By: _signature on original_<br>Michelle Des Jardins<br>Supervising Deputy Attorney General | By: _signature on original_<br>Alicia Hancock |
| *Attorneys for Defendants*<br>*M. Veal and Alicia Terry, Administrator of*<br>*the Estate of Raymond Andreasen, M.D.* | *Attorneys for Plaintiff*<br>*Jamisi Jermaine Calloway* |

**IT IS SO ORDERED.**

Dated:  August 14, 2014.

_____
The Honorable Edmund F. Brennan
United States Magistrate Judge