UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMISI JERMAINE CALLOWAY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M. VEAL, et al.,<br><br>　　　　　Defendants. | No.  2:09-cv-2907-GEB-EFB P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner proceeding in an action brought under 42 U.S.C. § 1983.  On August 1, 2014, the court directed the parties to submit a proposed discovery schedule going forward.  ECF No. 79.  The parties have submitted their proposals.

　　　　Defendants state that they intend to serve requests for production, requests for admission, and interrogatories on plaintiff by October 31, 2014.  ECF No. 84.  Plaintiff, now represented by counsel, states that he intends to seek discovery beyond the requests issued on September 13, 2011 and proposes a detailed discovery schedule going forward.  ECF No. 85.  Defendants have not objected to that additional discovery or the proposed schedule.

　　　　Accordingly, the court will adopt the schedule proposed by plaintiff and the case shall proceed as follows:

　　　　1. Depositions of non-expert witnesses shall be completed on or before December 31, 2014;

2. The final date by which the parties may serve non-expert discovery shall be December 31, 2014;

3. Each party shall (a) disclose the identities of all expert witnesses that it anticipates will provide testimony on issues on which such party bears the burden of proof, and (b) provide a short statement of the subject matter on which such expert witness(es) shall testify, on or before March 4, 2015;

4. Expert reports on issues for which a party bears the burden of proof shall be served on or before April 6, 2015;

5. Rebuttal expert reports shall be served on or before May 11, 2015;

6. Expert depositions shall be completed by June 12, 2015;

7. Within 30 days of service of discovery, a party shall respond;

8. Any motion to compel related to discovery shall be filed within 30 days of service of those responses or, where relevant, failure to timely respond;

9. Presuming the court has resolved all discovery disputes, and the parties have completed all supplemental productions (if any), either party may move for summary judgment, or defendants may renew their April 16, 2012 motion for summary judgment, on or before July 10, 2015;

10. The non-moving party shall have 30 days from service of such summary judgment motion to file an opposition to the motion; and

11. The moving party shall have 14 days from service of the opposition to file a reply.

Dated:  September 29, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE