1  VICTOR JIH, State Bar No. 186515
      vjih@omm.com
2  ALICIA HANCOCK, State Bar No. 240566
      ahancock@omm.com
3  ASHLEY PEARSON, State Bar No. 281223
      apearson@omm.com
4  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars
5  Los Angeles, California  90067-6035
   Telephone:  (310) 553-6700
6  Facsimile:   (310) 246-6779

7  *Attorneys for Plaintiff*
   *Jamisi Jermaine Calloway*
8

9  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
10 RENE L. LUCARIC, State Bar No. 180005
   Supervising Deputy Attorney General
11 MICHELLE DES JARDINS, State Bar No. 168079
   Supervising Deputy Attorney General
12 110 West A Street, Suite 1100
   San Diego, CA 92101
13 5 P.O. Box 85266
   San Diego, CA 92186-5266
14 Telephone: (619) 645-2295
   Fax:         (619) 645-2581
15 E-mail:      Michelle.DesJardins@doj.ca.gov

16 *Attorneys for Defendants*
   *M. Veal and Alicia Terry, Administrator of the Estate*
17 *of Raymond Andreasen, M.D.*

18

19                UNITED STATES DISTRICT COURT

20                EASTERN DISTRICT OF CALIFORNIA

21

| JAMISI JERMAINE CALLOWAY, | Case No. No.  2:09-cv-2907-GEB-EFB P |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME TO CONDUCT NON-EXPERT DEPOSITIONS** |
| v. | |
| M. VEAL, et al., | |
| Defendant. | |

                                                     STIPULATION AND [~~PROPOSED~~] ORDER
                                                           RE: NON-EXPERT DEPOSITIONS

1  This Stipulation is entered into by and between Plaintiff Jamisi Jermaine Calloway, Defendant M. Veal, and Defendant Alicia Terry, administrator of the Estate of deceased Defendant Raymond Andreasen, MD.

**WHEREAS**, pursuant to the Court's September 29, 2014 Order, the deadline for the completion of non-expert depositions is December 31, 2014;

**WHEREAS**, the parties are in the process of scheduling non-expert depositions; and

**WHEREAS**, the parties have jointly agreed to an extension of the deadline for the completion of non-expert depositions to January 31, 2015.

**It is hereby STIPULATED and AGREED that:**

1. The deadline for the completion of non-expert depositions shall be extended from December 31, 2014 to January 31, 2015; and

2. The other discovery dates listed in the Court's September 29, 2014 Order shall remain unchanged.

Dated:  November 17, 2014

| KAMALA D. HARRIS | VICTOR JIH |
|---|---|
| REME L. LUCARIC | ALICIA HANCOCK |
| MICHELLE DES JARDINS | ASHLEY PEARSON |
| OFFICE OF THE ATTORNEY GENERAL | O'MELVENY & MYERS LLP |

By: _signature on original_
Michelle Des Jardins
Supervising Deputy Attorney General

By: _signature on original_
Alicia Hancock

*Attorneys for Defendants*
*M. Veal and Alicia Terry,*
*Administrator of the Estate of*
*Raymond Andreasen, M.D.*

*Attorneys for Plaintiff*
*Jamisi Jermaine Calloway*

**IT IS SO ORDERED.**

DATED:  November 19, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE