1  VICTOR JIH, State Bar No. 186515
    vjih@omm.com
2  ASHLEY PEARSON, State Bar No. 281223
    apearson@omm.com
3  HILARY LEEWONG, State Bar No. 294297
    hleewong@omm.com
4  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars
5  Los Angeles, California  90067-6035
   Telephone:  (310) 553-6700
6  Facsimile:   (310) 246-6779

7  *Attorneys for Plaintiff*
  *Jamisi Jermaine Calloway*
8

9  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
10 SYLVIE P. SNYDER, State Bar No. 171187
   Deputy Attorney General
11 MICHELLE DES JARDINS, State Bar No. 168079
   Supervising Deputy Attorney General
12   110 West "A" Street, Suite 1100
   San Diego, CA 92101
13   P.O. Box 85266
   San Diego, CA 92186-5266
14   Telephone:  (619) 645-2295
   Facsimile:  (619) 645-2581
15   E-mail: Michelle.DesJardins@doj.ca.gov

16 *Attorneys for Defendants M. Veal and Alicia Terry,*
  *Administrator of the Estate of Raymond Andreasen,*
17 *M.D.*

18

19 **UNITED STATES DISTRICT COURT**

20 **EASTERN DISTRICT OF CALIFORNIA**

21

22

| | |
|---|---|
| JAMISI JERMAINE CALLOWAY, | Case No. 2:09-cv-2907-GEB-EFB P |
| Plaintiff, | **[~~PROPOSED~~] ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS FOR 60 DAYS PENDING SETTLEMENT DISCUSSIONS** |
| v. | |
| M. VEAL, et al., | |
| Defendants. | |

1

## [Proposed] Order

2       Having considered the parties' Joint Motion To Stay Proceedings For 60

3  Days Pending Settlement Discussions, it is hereby ORDERED that the motion is

4  GRANTED.

5       The above-captioned case is stayed for 60 days from the entry of this Order.

6  On the expiration of the stay, if the parties have not reached a settlement agreement,

7  they shall submit a proposed scheduling order setting forth proposed dates for all

8  remaining deadlines in the case.  Should the parties settle the case prior to the

9  expiration of the stay, they shall so inform the Court by filing a request for

10  dismissal.

11       IT IS SO ORDERED this <u>10th</u> day of April, 2015.

12

13

14

15  _____
    EDMUND F. BRENNAN
16  UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

- 1 -

[PROPOSED] ORDER RE:
JOINT MOTION TO STAY